IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KEVIN BYRD, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 24-04007-CV-BP |
| QUAKER WINDOW PRODUCTS CO., | ) |
| Defendant. | ) |

**CLERK'S ORDER OF DISMISSAL**

On the 28th day of March 2024, a Notice of Voluntary Dismissal without Prejudice was filed in Case No. 24-04006-CV-BP,

IT IS ORDERED that Plaintiff's complaint is hereby **DISMISSED** without Prejudice against Defendant Quaker Window Products Co. Each party to bear their own costs and attorneys' fees.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
/s/ **Shauna Murphy-Carr**
Deputy Clerk

Date: April 1, 2024